No. 58. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN *v.* ELGIN, JOLIET & EASTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. *Alex Elson* and *Harold C. Heiss* for petitioner. *Harlan L. Hackbert* for respondent. [For earlier order herein, see 395 U. S. 931.]

No. 352. STICE *v.* STATE BOARD OF BAR EXAMINERS OF KANSAS. Sup. Ct. Kan. Certiorari denied. *John S. Carroll* for petitioner. *Kent Frizzell,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.

No. 355. HAYER, AKA HAGAN, ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Edward Bennett Williams, Harold Ungar,* and *Patrick M. Wall* for petitioners. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 378. BEAL *v.* PORTSMOUTH SALVAGE CO., INC. Sup. Ct. App. Va. Certiorari denied. *Jerrold G. Weinberg* for petitioner. *John W. Winston* for respondent.

No. 394. DELIA *v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY ET AL. C. A. 6th Cir. Certiorari denied. *Alan M. Wolk* for petitioner. *John T. Corrigan* and *John L. Dowling* for Court of Common Pleas of Cuyahoga County, and *Joseph L. Newman* for Shaker Air Conditioning Co., respondents.

No. 408. SCUDDER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Gordon B. Davidson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *Carolyn R. Just* for respondent.